IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TYRONE LEE FUTRELL, SR.                                          PLAINTIFF

v.                          No. 3:13-cv-143-DPM

GOSNELL POLICE DEPARTMENT                            DEFENDANT

JUDGMENT

Futrell's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

31 July 2013