# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

TYRONE LEE FUTRELL, SR.                                    PLAINTIFF

v.                          No. 3:13-cv-143-DPM

GOSNELL POLICE DEPARTMENT                                  DEFENDANT

## ORDER

The Court entered Judgment dismissing the case without prejudice more than two months ago. № 7. There's no case left to transfer. Motion, № 8, denied.

So Ordered.

*NPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 October 2014